UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-031

Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652, & 23-1781

OI European Group B.V. v. Bolivarian Republic of Venezuela
(D. Del. No. 1-19-mc-00290)

Northrop Grumman Ship Systems, Inc., formerly known as Ingalls Shipbuilding, Inc.
v. The Ministry of Defense of the Republic of Venezuela
(D. Del. No. 1-20-mc-00257)

ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd.
v. Bolivarian Republic of Venezuela
(D. Del. No. 1-21-mc-00046)

Rusoro Mining Limited v. Bolivarian Republic of Venezuela
(D. Del. No. 1-21-mc-00481)

Koch Minerals Sàrl and Koch Nitrogen International Sàrl
v. Bolivarian Republic of Venezuela
(D. Del. No. 1-22-mc-00156)

Gold Reserve Inc. v. Bolivarian Republic of Venezuela
(D. Del. No. 1-22-mc-00453)

Present:  MATEY and FREEMAN, Circuit Judges

1. Motion filed by Appellant Petróleos de Venezuela, S.A., in Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, and 23-1652 to Stay Pending Appeals;

2. Response in Opposition on behalf of Appellee OI European Group B.V. to Motion for Stay;

3. Response in Opposition on behalf of Appellee Northrop Grumman Ship Systems, Inc., to Motion for Stay;

4. Response in Opposition on behalf of ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. to Motion for Stay;

5. Response in Opposition on behalf of Appellee Rusoro Mining Limited to Motion for Stay;

6. Response in Opposition on behalf of Appellees Koch Minerals Sàrl and Koch Nitrogen International Sàrl to Motion for Stay;

7. Response in Opposition on behalf of Appellee Gold Reserve Inc. to Motion for Stay;

8. Reply on behalf of Appellant Petróleos de Venezuela, S.A., to Responses

Respectfully,
Clerk/JK

_____ORDER_____

The foregoing motion for a stay is REFERRED to the panel of this Court that will decide the merits of these appeals. In the meantime, a temporary administrative stay is hereby ordered: additional proceedings in the six district-court actions on appeal are STAYED pending further order of this Court.

These seven appeals are EXPEDITED. The following peremptory schedule will govern merits briefing:

the appellants' opening brief(s) must be filed on or before May 19, 2023;

the appellees' response brief(s) must be filed on or before June 2, 2023;

any reply brief(s) must be filed on or before June 9, 2023.

These deadlines will not be extended absent extraordinary circumstances.

These appeals will proceed to a merits panel for disposition promptly after all briefs have been filed.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: May 5, 2023
JK/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk