UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652, & 23-1781

OI European Group B.V. v. Bolivarian Republic of Venezuela

Northrop Grumman Ship Systems, Inc., formerly known as Ingalls Shipbuilding, Inc. v. The Ministry of Defense of the Republic of Venezuela

ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. v. Bolivarian Republic of Venezuela

Rusoro Mining Limited v. Bolivarian Republic of Venezuela

Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. Bolivarian Republic of Venezuela

Gold Reserve Inc. v. Bolivarian Republic of Venezuela

**ORDER**

Appellants shall respond to Appellees' Emergency Motion to Reconsider by Friday, May 12, at 12 noon Eastern Daylight Time. In addition, Appellants and Appellees shall submit simultaneous three-page letter briefs by Friday, May 12, at 12 noon Eastern Daylight Time explaining the pertinent deadlines under the Sale Procedures Order, the prefatory steps leading up to an auction, what steps must be taken to launch the sale process and when, and the significance of the June 9 deadline, discussed in Appellees' Emergency Motion at 3–4. Similarly situated Appellees are encouraged to file a single, joint letter brief.

The expedited merits briefing schedule in this case is adjusted as follows: Appellants' Opening Brief and Joint Appendix are now due Wednesday, May 17, at 12 noon Eastern Daylight Time. Appellees' Brief(s) are due Wednesday, May 24 at 12 noon Eastern Daylight Time. Appellants' Reply Brief is due Tuesday, May 30, at 5:00 p.m. Eastern Daylight Time. The parties shall inform the Clerk of Court of their availability for oral argument on Wednesday, May 31, Thursday, June 1, or Friday, June 2, in Philadelphia.

At the direction of the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 10, 2023
JK/cc: All Counsel of Record