UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 23-1647, 23-1648, 23-1649, 23-1650, 23-1651, 23-1652 & 23-1781

OI EUROPEAN GROUP B.V.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

NORTHROP GRUMMAN SHIP SYSTEMS, INC,
f/k/a Ingalls Shipbuilding, Inc.

v.

THE MINISTRY OF DEFENSE OF THE REPUBLIC OF VENEZUELA

ACL1 INVESTMENTS LTD.; ACL2 INVESTMENTS LTD.;
LDO (CAYMAN) XVIII LTD.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

RUSORO MINING LIMITED

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

KOCH MINERALS SARL; KOCH NITROGEN INTERNATIONAL SARL

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

GOLD RESERVE INC.

v.

BOLIVARIAN REPUBLIC OF VENEZUELA

PETROLEOS DE VENEZUELA, S.A.,
Appellant

(D. Del. Nos. 1-19-mc-290, 1-20-mc-257, 1-21-mc-46,
1-21-mc-481, 1-22-mc-156, & 1-22-mc-453)

Present:  BIBAS, MATEY and FREEMAN, Circuit Judges

1. Motion filed by Appellant Bolivarian Republic of Venezuela to Stay the Mandate Pending the Filing of a Petition for Certiorari.

          Respectfully,
          Clerk/JK

_____ORDER_____
The foregoing motion is denied.

          By the Court,

          s/ Paul B. Matey
          Circuit Judge

Dated: July 28, 2023
JK/cc:  All Counsel of Record